IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WALTER LAWSON #18536-479,
      PLAINTIFF,

V.                                    Case No.  1:20-CV-690-LY

DIRECTOR OF BOP,
et al.,
      DEFENDANTS.

## ORDER OF DISMISSAL

Before the court is Plaintiff's complaint. On July 2, 2020, the Magistrate Court ordered Plaintiff to pay the $400 filing fee or file an application to proceed *in forma pauperis* within 30 days. Plaintiff did not pay the fee, file an application to proceed *in forma pauperis* or otherwise respond to the court's order.

The court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff failed to comply with the court's order, his case is dismissed.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

SIGNED this 19th day of August 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE